# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-1466
DC No. 03-00100

UNITED STATES,
Appellee,

v.

ROBERT EVANS,
Defendant, Appellant.

**ORDER OF COURT**
**Entered: June 27, 2005**

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

Appellant's request for appointment of new counsel on appeal is held pending the resolution of the request for in forma pauperis status.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 6/27/05

[Certified Copies to: Honorable Mary M. Lisi, David DiMazzio, Clerk USDC,]

[cc: Scott A. Lutes, Esq., Kenneth P. Madden, AUSA, Donald Lockhart, AUSA]