UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v.

ROBERT EVENS

DC No. 03-100ML
No. 05-1466

MEMORANDUM AND ORDER

This matter is before the Court on defendant-appellant's application to proceed without prepayment of fees. Defendant-appellant has submitted a financial affidavit in support of his motion for leave to appeal in forma pauperis. Defendant-appellant has also submitted a statement showing the available balance in his prison account to be $16.12.

Based on defendant-appellant's affidavit and the statement of his prison account, the application to proceed without prepayment of fees is hereby GRANTED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
July 5, 2005