# *United States District Court*
# *For The District of Rhode Island*
# *Providence, RI 02903*

*July 5, 2005*

*Richard Donovan, Clerk*
*U.S. Court of Appeals*
*1 Courthouse Way, Suite 2235*
*Boston, MA 02210*

*RE: USA v. Robert Evans*
*USDC-RI CR 03-100ML*
*USCA #05-1466*

*Dear Mr. Donovan:*

*Enclosed herewith you will find a supplement on appeal relative to the above-captioned appeal together with a certified copy of the docket entries in the above entitled case.*

*Kindly acknowledge receipt for the same on the enclosed copy of this letter and return to the undersigned. Thank you.*

*Sincerely yours,*

*David A. DiMarzio*
*Clerk of Court*

*By:* Barbara Barletta
*Deputy Clerk*

*Enc. Order granting Motion to Proceed In Forma Pauperis*