MANDATE

03-00100
USDC/RI
Lisi

# United States Court of Appeals
## For the First Circuit

---

No. 05-1466

UNITED STATES,

Appellee,

v.

ROBERT EVANS,

Defendant, Appellant.

---

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

---

JUDGMENT

Entered: June 20, 2006

Appellant pled guilty to possessing "crack" cocaine and powder cocaine in violation of 18 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(B), and was sentenced to two concurrent terms of 262 months, concurrent supervised release terms of five years and four years, and special release conditions requiring random drug testing and participation in both drug treatment and mental health programs. Appellate counsel has moved to withdraw and has filed a brief under Anders v. California, 368 U.S. 738 (1966), and McCoy v. Court of Appeals of Wisconsin, 486 U.S. 429 (1988), asserting that there are no non-frivolous appellate issues. Appellant has filed two letters with the court which we have treated as his *pro se* supplemental brief.

After careful review of the record and briefs, we agree with appellate counsel that there are no issues of law or fact arguably justifying appeal. Counsel's motion to withdraw is granted and appellant's conviction and sentence are affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________

Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 7/14/06

[cc: Robert Evans, Richard Nolan Foley, Esq.,
Kenneth P. Madden, AUSA, Donald Lockhart, AUSA]